No. 626. PUGLIESE *v.* UHL, DISTRICT DIRECTOR OF IMMIGRATION. December 23, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second

Circuit and motion for leave to proceed further *in forma pauperis* denied. *Mr. Sam Pugliese, pro se.* No appearance for respondent.